1  ROBERT P. FELDMAN, State Bar No. 69602
   JENNIFER A. OCHS, State Bar No. 174069
2  MAURA L. REES, State Bar No. 191698
   MATTHEW R. REED, State Bar No. 196305
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6  rfeldman@wsgr.com; jochs@wsgr.com;
   mrees@wsgr.com; mreed@wsgr.com
7

8  Attorneys for Defendants and Counterclaimants
   VIA TECHNOLOGIES, INC. and
9  VIA TECHNOLOGIES, INC. USA

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN JOSE DIVISION
13                                                *E-FILED - 8/10/05*

14  COMPUTER CACHE COHERENCY              )
    CORPORATION,                          )   CASE NO. 05-CV-01668-RMW (HRL)
15                                        )
              Plaintiff,                  )   **STIPULATION AND**
16                                        )   **ORDER CONTINUING CASE**
         v.                               )   **MANAGEMENT CONFERENCE**
17                                        )
    VIA TECHNOLOGIES, INC. and            )
18  VIA TECHNOLOGIES, INC. USA,           )
                                          )
19            Defendants and Counterclaimants. )
                                          )
20  _____      )
                                          )
21  AND RELATED COUNTERCLAIMS             )
                                          )
22

23

24

25

26

27

28

STIPULATION AND ORDER
CONTINUING CMC
CASE NO. 05-CV-01668 RMW (HRL)

1   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that the case management conference currently scheduled for August 26, 2005, at 10:30 a.m. is continued to September 9, 2005, at 10:30 a.m.

Dated:   August 5, 2005                              HENNIGAN, BENNETT & DORMAN LLP

                                                     By: /s/ Lawrence M. Hadley
                                                             Lawrence M. Hadley

                                                     Attorneys for Plaintiff
                                                     COMPUTER CACHE COHERENCY
                                                     CORPORATION,

Dated:   August 5, 2005                              WILSON SONSINI GOODRICH & ROSATI
                                                     Professional Corporation


                                                     By: /s/ Matthew R. Reed
                                                             Matthew R. Reed

                                                     Attorneys for Defendants and Counterclaimants
                                                     VIA TECHNOLOGIES, INC. and
                                                     VIA TECHNOLOGIES, INC. USA


GOOD CAUSE APPEARING, IT IS SO ORDERED.


Dated:        8/10/05                                /S/ RONALD M. WHYTE

                                                     The Honorable Ronald M. Whyte
                                                     United States District Court Judge

STIPULATION AND ORDER                           -1-                              PALIB1_2701895_1.DOC
CONTINUING CMC
CASE NO. 05-CV-01668 RMW (HRL)

## CERTIFICATION

I, Matthew R. Reed, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that Lawrence M. Hadley has concurred in this filing.

Dated:  August 5, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Matthew R. Reed
     Matthew R. Reed

Attorneys for Defendants and Counterclaimants
VIA TECHNOLOGIES, INC. and
VIA TECHNOLOGIES, INC. USA