UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/5/05*

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. USA, <br><br> Defendants and Counterclaimants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. 05-CV-01668-RMW (HRL) <br><br> **STIPULATION AND ORDER SELECTING ADR PROCESS** <br><br> **ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

<u>Court Processes:</u>

☐ Arbitration     ☒ ENE     ☐ Mediation

<u>Private Process:</u>

☐ Private ADR *(please identify process and provider)*

_____

Dated:   September 2, 2005            HENNIGAN, BENNETT & DORMAN LLP


                                      By: /s/ Lawrence M. Hadley
                                              Lawrence M. Hadley

                                      Attorneys for Plaintiff
                                      COMPUTER CACHE COHERENCY
                                      CORPORATION,

1  Dated:   September 2, 2005              WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation
2

3
                                           By:  /s/ Matthew R. Reed
4                                                 Matthew R. Reed

5                                          Attorneys for Defendants and Counterclaimants
                                           VIA TECHNOLOGIES, INC. and
6                                          VIA TECHNOLOGIES, INC. USA

7

8  IT IS SO ORDERED:

9

10  Dated:  10/5/05                         /S/ RONALD M. WHYTE
                                           Hon. Ronald M. Whyte
11                                         UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2

3     Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he

4  or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern

5  District of California," or the specified portions of the ADR Unit's Internet site

6  <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by

7  the court and private entities, and considered whether this case might benefit from any of them.

8     *(Note: This Certification must be signed by each party and its counsel.)*

9

10 Dated:    September 2, 2005            COMPUTER CACHE COHERENCY
                                          CORPORATION,
11
                                          By:  /s/ Robert Berman
12                                                Robert Berman

13

14 Dated:    September 2, 2005            HENNIGAN, BENNETT & DORMAN LLP

15                                        By:  /s/ Lawrence M. Hadley
                                                  Lawrence M. Hadley
16
                                          Attorneys for Plaintiff
17                                        COMPUTER CACHE COHERENCY
                                          CORPORATION,
18

19 Dated:    September 2, 2005            VIA TECHNOLOGIES, INC. and
                                          VIA TECHNOLOGIES, INC. USA
20
                                          By:  /s/ Claire Lin
21                                                Claire Lin

22

23 Dated:    September 2, 2005            WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
24
                                          By:  /s/ Matthew R. Reed
25                                                Matthew R. Reed

26                                        Attorneys for Defendants and Counterclaimants
                                          VIA TECHNOLOGIES, INC. and
27                                        VIA TECHNOLOGIES, INC. USA

28

1    **CERTIFICATION**

2        I, Matthew R. Reed, am the ECF User whose identification and password are being used
3    to file the Joint Rule 26(f) Report, Joint Case Management Statement and [Proposed] Case
4    Management Order.  In compliance with General Order 45.X.B, I hereby attest that Lawrence
5    Hadley and Robert Berman have concurred in this filing.

7    Dated:    September 2, 2005            WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

                                            By:  /s/ Matthew R. Reed
                                                 Matthew R. Reed

                                            Attorneys for Defendants and Counterclaimants
                                            VIA TECHNOLOGIES, INC. and
                                            VIA TECHNOLOGIES, INC. USA