1   **HENNIGAN, BENNETT & DORMAN LLP**
    **RODERICK G. DORMAN (SBN 96908)**
2   **LAWRENCE M. HADLEY (SBN 157728)**
    **OMER SALIK (SBN 223056)**
3   **601 South Figueroa Street, Suite 3300**
    **Los Angeles, California 90017**
4   **(213) 694-1200 - Telephone**
    **(213) 694-1234 - Facsimile**
5   **dormanr@hbdlawyers.com; hadleyl@hbdlawyers.com;**
    **saliko@hbdlawyers.com**
6
    Attorneys for Plaintiff and Counterdefendant,
7   COMPUTER CACHE COHERENCY
    CORPORATION
8
9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12                                        *E-FILED - 1/25/06*

13   COMPUTER CACHE COHERENCY          )
     CORPORATION,                      ) Case No. 05-CV-01668 RMW (HRL)
14                                     )
                Plaintiff,             )
15                                     )
          v.                           )
16                                     )
     VIA TECHNOLOGIES, INC. and        )
17   VIA TECHNOLOGIES, INC. USA,       )
                                       )
18          Defendants and Counterclaimants. )
                                       )
19   _____)
                                       )
     COMPUTER CACHE COHERENCY          )
20   CORPORATION,                      ) Case No. 05-CV-01766 RMW (HRL)
                                       )
21              Plaintiff,             ) (Cases consolidated through claim
                                       ) construction)
22        v.                           )
                                       ) **JOINT STIPULATION FOR**
23   INTEL CORPORATION,                ) **ADDITIONAL TIME TO SUBMIT**
                                       ) **TECHNICAL ADVISOR**
24          Defendant and Counterclaimant. ) **CANDIDATES**
                                       )
25   _____)

26

27

28

1   Pursuant to this Court's January 6, 2006 Order, the parties have been diligently scheduling

2   joint conferences with candidates to serve as a Technical Advisor in the above-identified cases.

3   Unfortunately, due to availability and schedules of counsel of record and the advisor candidates,

4   the parties have not yet finalized the list to present to the Court.

5   Accordingly, the parties stipulate and jointly request that the Court enter a short extension

6   of time, until January 27, 2006, for the parties' proposals for a technical advisor and the role of the

7   technical advisor.

8   Respectfully submitted,

9

10

11   DATED:  January 20, 2006                   HENNIGAN BENNETT & DORMAN LLP

12

13

                                              By _____/s/ Omer Salik_____
14                                                    Lawrence Hadley
                                                      Omer Salik
15
                                              Attorneys for Plaintiff and Counterdefendant,
16                                            COMPUTER CACHE COHERENCY
                                              CORPORATION
17

18

19

20

21

22

23

24

25

26

27

28

1  Dated:  January 20, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
2

3
                                               By:  /s/    Jennifer Ochs
4                                                   Robert P. Feldman
                                                    Jennifer A. Ochs
5                                                   Maura Rees
                                                    Matthew R. Reed
6
                                               Attorneys for Defendants and
7                                              Counterclaimants
                                               VIA TECHNOLOGIES, INC. and
8                                              VIA TECHNOLOGIES, INC. USA,

9
   Dated:  January 20, 2006                    FISH & RICHARDSON P.C.
10

11
                                               By:  /s/    John M. Farrell
12                                                  John M. Farrell

13                                             Attorneys for Defendant and Counterclaimant
                                               INTEL CORPORATION
14

15

16

17

18

19
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
20

21     Date: 1/25/06                           By:  __ /S/ RONALD M. WHYTE _____
22                                                  Ronald M. Whyte
                                                    United States District Court Judge
23

24

25

26

27

28

**PROOF OF SERVICE**

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 601 South Figueroa Street, Los Angeles, California 90017.  On January 20, 2006 I served the foregoing document described as **JOINT STIPULATION FOR ADDITIONAL TIME TO SUBMIT TECHNICAL ADVISOR CANDIDATES** on the interested parties in this action follows:

☐   By placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒   By electronic transmission.  I caused the document listed above to be transmitted by electronic mail to the individuals on the service list as set forth below.

Timothy Riffe
FISH & RICHARDSON
1425 K Street, N.W.
Washington, DC 20005
riffe@fr.com

Jennifer Ochs
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304
jochs@wsgr.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 20, 2006 at Los Angeles, California.

/s/
Omer Salik

JOINT STIPULATION FOR ADDITIONAL TIME TO SUBMIT
TECHNICAL ADVISOR CANDIDATES    CASE NOS. 05-
CV-01668 RMW (HRL) AND 05-CV-01766 RMW
(HRL)

-1-