1  Juanita Brooks (CA No. 75934, brooks@fr.com)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, California 92130
3  Telephone: (858) 678-5070
   Facsimile:  (858) 678-5099
4
5  John M. Farrell (CA No. 99649, farrell@fr.com)
   FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
6  Redwood City, California 94063
   Telephone: (650) 839-5070
7  Facsimile:  (650) 839-5071

8  Ruffin B. Cordell (pro hac vice, cordell@fr.com)
   Joseph V. Colaianni (pro hac vice, colaianni@fr.com)
9  Timothy W. Riffe (pro hac vice, riffe@fr.com)
   FISH & RICHARDSON P.C.
10 1425 K Street, N.W.
   Washington, D.C. 20005
11 Telephone: (202) 783-5070
   Facsimile:  (202) 783-2331
12
   Attorneys for Defendant and Counter-Claimant
13 INTEL CORPORATION

*E-FILED ON 1/25/06*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN JOSE DIVISION)

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | C 05-01766 RMW<br><br>Consolidated Through<br>Claim Construction With:<br>C 05-1767 RMW<br>C 05-1668 RMW<br><br>[~~PROPOSED~~] ORDER GRANTING INTEL CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER [PURSUANT TO CIVIL L.R. 7-11, 79-5]<br><br>Date:　　January 31, 2006<br>Time:　　10:00 a.m.<br>Judge:　　Hon. Howard R. Lloyd<br><br>[RE: DOCKET NO. 40] |

1

[~~PROPOSED~~] ORDER GRNTG INTEL'S ADMIN. MOTION TO FILE
UNDER SEAL ITS OPPOS. TO PLTF'S MOTION FOR ENTRY OF A
PROTECTIVE ORDER [PURS. TO CIVIL L.R. 7-11, 79-5]
C 05-01766 RMW

1 |     The Court hereby grants Defendant Intel Corporation's Administrative Motion to File portions of
2 | Under Seal its Opposition to Plaintiff's Motion for Entry of a Protective Order.
3 |     Good cause having been shown, the Court GRANTS Defendant's Request.
4 | **IT IS SO ORDERED.**
5 | Dated: January __25__, 2006

                                            _____
                                            Hon. Howard R. Lloyd
                                            United States ~~District Court~~ Magistrate Judge

9 | 50323662.doc