1 | Juanita Brooks (CA No. 75934, brooks@fr.com)
FISH & RICHARDSON P.C.
2 | 12390 El Camino Real
San Diego, California 92130
3 | Telephone: (858) 678-5070
Facsimile:  (858) 678-5099
4 |
John M. Farrell (CA No. 99649, farrell@fr.com)
5 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
6 | Redwood City, California 94063
Telephone: (650) 839-5070
7 | Facsimile:  (650) 839-5071

8 | Ruffin B. Cordell (pro hac vice, cordell@fr.com)
Joseph V. Colaianni (pro hac vice, colaianni@fr.com)
9 | Timothy W. Riffe (pro hac vice, riffe@fr.com)
FISH & RICHARDSON P.C.
10 | 1425 K Street, N.W.
Washington, D.C. 20005
11 | Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Defendant and Counter-Claimant
INTEL CORPORATION

*E-FILED ON 1/25/06*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | C 05-01766 RMW<br><br>Consolidated Through<br>Claim Construction With:<br>C 05-1767 RMW<br>C 05-1668 RMW<br><br>[PROPOSED] ORDER GRANTING INTEL CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 4, 13 AND 14 TO THE DECLARATION OF JOHN M. FARRELL IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER [PURSUANT TO CIVIL L.R. 7-11, 79-5]<br><br>Date:    January 31, 2006<br>Time:    10:00 a.m.<br>Judge:   Hon. Howard R. Lloyd<br><br>[RE: DOCKET NO. 45] |

1  The Court hereby grants Defendant Intel Corporation's Administrative Motion to File portions of
2  Under Seal Exhibits 4, 13 and 14 attached to the Declaration of John M. Farrell in Support of Intel
3  Corporation's Opposition to Plaintiff's Motion for Entry of a Protective Order.
4  Good cause having been shown, the Court GRANTS Defendant's Request.
5  **IT IS SO ORDERED.**
6  Dated: January __25__, 2006

_____
Hon. Howard R. Lloyd
United States ~~District Court~~
Magistrate Judge

50323659.doc

2   [~~PROPOSED~~] ORDER GRNTG INTEL'S ADMIN. MOTION TO FILE UNDER SEAL EXHS. 4, 13 AND 14 TO THE DECL. OF JOHN M. FARRELL ISO INTEL CORP.'S OPPOS. TO PLTF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER [PURS. TO CIVIL L.R. 7-11, 79-5]
C 05-01766 RMW