**HENNIGAN, BENNETT & DORMAN LLP**
**RODERICK G. DORMAN (SBN 96908)**
**LAWRENCE M. HADLEY (SBN 157728)**
**OMER SALIK (SBN 223056)**
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017**
**(213) 694-1200 - Telephone**
**(213) 694-1234 - Facsimile**
**dormanr@hbdlawyers.com; hadleyl@hbdlawyers.com; saliko@hbdlawyers,com**

Attorneys for Plaintiff and Counterdefendant,
COMPUTER CACHE COHERENCY CORPORATION

*E-FILED ON 2/28/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br>Plaintiff,<br>v.<br>VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. USA,<br>Defendants and Counterclaimants. | Case No. 05-CV-01668 RMW (HRL) |
| COMPUTER CACHE COHERENCY CORPORATION,<br>Plaintiff,<br>v.<br>INTEL CORPORATION,<br>Defendant and Counterclaimant. | Case No. 05-CV-01766 RMW (HRL)<br>(Cases consolidated through claim construction)<br>**JOINT STIPULATION RE INTERIM ORDER RE PLAINTIFF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER** |

Pursuant to this Court's guidance during the January 31, 2006 hearing and February 1, 2006 Interim Order re Plaintiff's Motion for Entry of a Protective Order, the parties have resolved their disputes regarding the terms of a Protective Order.

Accordingly, the parties stipulate and jointly request that Plaintiff's Motion for Entry of Protective Order and Intel Corporation's and VIA Technologies, Inc.'s and VIA Technologies, Inc. (USA)'s Opposition thereto be withdrawn and that the Court enter the Stipulated Protective Order attached hereto as Exhibit 1 and that the additional submissions identified in the Court's February 1, 2006 Order no longer be required.

Respectfully submitted,

DATED: February 17, 2006

HENNIGAN BENNETT & DORMAN LLP

By /s/ Omer Salik
Lawrence Hadley
Omer Salik

Attorneys for Plaintiff and Counterdefendant, COMPUTER CACHE COHERENCY CORPORATION

I, Omer Salik, am the ECF User whose identification and password are being used to file the accompanying document. In compliance with General Order 45.X.B, I hereby attest that counsel for Intel and VIA have concurred in this filing.

Dated: February 17, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Jennifer Ochs
Robert P. Feldman
Jennifer A. Ochs
Maura Rees
Matthew R. Reed

Attorneys for Defendants and Counterclaimants
VIA TECHNOLOGIES, INC. and
VIA TECHNOLOGIES, INC. USA,

Dated: February 17, 2006

FISH & RICHARDSON P.C.

By: /s/ Tim Riffe
Tim Riffe

Attorneys for Defendant and Counterclaimant
INTEL CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

February 28, 2006

By:
Howard R. Lloyd
United States Magistrate Judge