1  ROBERT P. FELDMAN, State Bar No. 69602
   JENNIFER A. OCHS, State Bar No. 174069
2  MAURA L. REES, State Bar No. 191698
   MATTHEW R. REED, State Bar No. 196305
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  rfeldman@wsgr.com; jochs@wsgr.com;
   mrees@wsgr.com; mreed@wsgr.com
7

8  Attorneys for Defendants and Counterclaimants
   VIA TECHNOLOGIES, INC. and
9  VIA TECHNOLOGIES, INC. USA

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13                                            *E-FILED- 4/20/06*

14
   COMPUTER CACHE COHERENCY            )
15 CORPORATION,                        )   Case No. 05-CV-01668 RMW (HRL)
                                       )   Case No. 05-CV-01766 RMW (HRL)
16              Plaintiff,             )   (Cases consolidated through claim
                                       )   construction)
17        v.                           )
                                       )   This document pertains to both actions
18 VIA TECHNOLOGIES, INC. and          )
   VIA TECHNOLOGIES, INC. (USA),       )   **STIPULATION AND
19                                     )   ORDER RE: BRINGING CERTAIN
              Defendants and Counterclaimants. )   EQUIPMENT INTO COURTROOM**
20 _____ )
   COMPUTER CACHE COHERENCY            )   Date:    April 25, 2006
21 CORPORATION,                        )   Time:    1:30 p.m.
                                       )   Place:   Courtroom 6, 4th floor
22              Plaintiff,             )   Before:  Hon. Ronald M. Whyte
                                       )
23        v.                           )
                                       )
24 INTEL CORPORATION,                  )
                                       )
25              Defendant and Counterclaimant. )
   _____ )
26

27

28

1    WHEREAS, a tutorial for a Markman hearing in this patent case has been scheduled

2  before Judge Whyte for 1:30 p.m. on April 25, 2006;

3    WHEREAS, the Parties agree that it is necessary to bring certain equipment into the

4  courtroom to be used during the tutorial;

5    THEREFORE, the Parties request that the Court authorize that the following equipment

6  may be brought into the courtroom on April 24, 2006, starting at 1:00 p.m., so that it can be set

7  up for use at the tutorial on the following day:

8    1.  ELMO HV-5000 Digital Elmo (1)

9    2.  Viewsonic 15" Flatpanel Displays (3)

10   3.  Sanyo 4500 lumens Projector (1)

11   4.  Extron ADA 6 Distribution Amp (1)

12   5.  Extron 6x1 Switcher (1)

13   6.  Da-lite 8' Projection Screen (2)

14   7.  Sony Digital Video Camera Recorder (1)

15   8.  Tripod (1)

16   9.  Shure Mixer (1)

17   10. Sony Microphones (5)

18   11. Miscellaneous stands, carts, cables, etc.

19

20  Dated:  April 18, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
21

22                                          By:  ___/s/   Jennifer Ochs_____
                                                  Robert P. Feldman
23                                                Jennifer Ochs
                                                  Maura Rees
24                                                Matthew R. Reed

25                                          Attorneys for Defendants and
                                            Counterclaimants
26                                          VIA TECHNOLOGIES, INC. and
                                            VIA TECHNOLOGIES, INC. USA,

27

28

1

2    Dated:  April 18, 2006                         HENNIGAN BENNETT & DORMAN LLP

3

4                                                   By:_____/s/ Omer Salik_____
                                                         Lawrence M. Hadley
5                                                        Omer Salik

6                                                   Attorneys for Plaintiff and Counterdefendant,
                                                    COMPUTER CACHE COHERENCY
7                                                   CORPORATION

8

9    Dated:  April 18, 2006                         FISH & RICHARDSON P.C.

10

11                                                  By:_____/s/ Timothy Riffe_____
                                                         Juanita Brooks
12                                                       John M. Farrell
                                                         Joseph Coliani
13                                                       Timothy Riffe

14                                                  Attorneys for Defendant and Counterclaimant,
                                                    INTEL CORPORATION
15

16

17   **PURUSANT TO STIPULATION, IT IS SO ORDERED**

18

19   Dated: _____4/20/06_____        By: _____/S/ RONALD M. WHYTE_____
                                                     Hon. Ronald M. Whyte
20                                                   United States District Judge

21

22

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

3        I, Jennifer Ochs, attest that concurrence in the filing of this document has been obtained

4   from each of the other signatories.  I declare under penalty of perjury under the laws of the

5   United States of America that the foregoing is true and correct.  Executed this 18th day of April,

6   2006, at Palo Alto, California.

7

8                                                          /s/      Jennifer Ochs

9                                                  Jennifer Ochs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28