1 | Juanita Brooks (CA No. 75934, brooks@fr.com)
FISH & RICHARDSON P.C.
2 | 12390 El Camino Real
San Diego, California 92130
3 | Telephone: (858) 678-5070
Facsimile:  (858) 678-5099
4 |
John M. Farrell (CA No. 99649, jfarrell@fr.com)
5 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
6 | Redwood City, California 94063
Telephone: (650) 839-5070
7 | Facsimile:  (650) 839-5071

8 | Ruffin B. Cordell (pro hac vice - cordell@fr.com)
Joseph V. Colaianni (pro hac vice - colaianni@fr.com)
9 | Timothy W. Riffe (pro hac vice - riffe@fr.com)
FISH & RICHARDSON P.C.
10 | 1425 K Street, N.W.
Washington, D.C. 20005
11 | Telephone: (202) 783-5070
Facsimile:  (202) 783-2331
12 |
Attorneys for Defendant and Counter-Claimant
13 | INTEL CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

*E-FILED - 5/4/06*

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>VIA TECHNOLOGIES, INC. and<br>VIA TECHNOLOGIES, INC. (USA),<br><br>    Defendants and Counter-Claimants. | Case No. 05-CV-01668 RMW (HRL)<br>Case No. 05-01766 RMW (HRL)<br><br>(Consolidated Through Claim Construction)<br><br>***AMENDED* JOINT STIPULATION AND ORDER RE: BRIEFING SCHEDULE AND HEARING DATE** |
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>    Defendant and Counter-Claimant. | |

1    Following the Case Management Conference held on March 24, 2006, the Court adopted a
2    briefing schedule for summary judgment motions which implicate claim construction issues.  The
3    parties have encountered unexpected difficulties in scheduling several depositions and therefore
4    request all dates in the briefing schedule be extended by two weeks, as shown in the table below.
5    The parties also request that the date for the hearing on the summary judgment motions
6    and claim construction be rescheduled for either August 22 or August 29, 2006, to accommodate
7    vacation schedules in the first two weeks in August.  All counsel prefer the August 29, 2006 date.
8    Additionally, the Technology Tutorial could not go forward on April 25, 2006 because
9    plaintiff's counsel suffered a broken ankle.  In light of that injury and to accommodate other
10   counsel's trial schedule, the parties request that the Technology Tutorial take place on July 25,
11   2006 at 1:30 p.m.

| Event | Former Date | Proposed New Date |
| --- | --- | --- |
| Deadline for filing dispositive summary judgment motions which implicate claim construction issues. | May 5, 2006 | May 19, 2006 |
| Deadline for filing any motions pursuant to Fed. R. Civ. P. 56(f) in response to the above summary judgment motions | May 26, 2006 | June 9, 2006 |
| Deadline for filing oppositions to the above summary judgment motions | June 16, 2006 | June 30, 2006 |
| Deadline for filing reply briefs in support of the above summary judgment motions | June 30, 2006 | July 14, 2006 |
| Technology Tutorial | April 25, 2006 at 1:30 p.m. | August 15, 2006 at 1:30 p.m. |
| Hearing on summary judgment motions and claim construction | July 25, 2006 at 9:00 a.m | September 19, 2006 at 9:00 a.m. |
| Further CMC after claim construction ruling | To be set in ruling | Same |

1 | **SO STIPULATED.**

2 | Dated:  April 27, 2006                                   FISH & RICHARDSON P.C.

4 |                                                          By:  /s/ John M. Farrell
5 |                                                               John M. Farrell
  |                                                               Juanita Brooks
6 |                                                               Timothy W. Riffe (pro hac vice)
  |                                                               Ruffin B. Cordell (pro hac vice)
7 |                                                               Joseph V. Colaianni (pro hac vice)

8 |                                                          Attorneys for Defendant and Counter-Claimant
  |                                                          INTEL CORPORATION

10 | Dated: April 27, 2006                                   WILSON SONSINI GOODRICH & ROSATI
11 |                                                         Professional Corporation

13 |                                                         By:  /s/ Jennifer Ochs
   |                                                              Robert P. Feldman
14 |                                                              Jennifer Ochs
   |                                                              Maura Rees
15 |                                                              Matthew R. Reed

16 |                                                         Attorneys for Defendants and Counter-Claimants
   |                                                         VIA TECHNOLOGIES, INC., and
17 |                                                         VIA TECHNOLOGIES, INC., USA

18 | Dated: April 27, 2006                                   HENNIGAN BENNETT & DORMAN LLP

20 |
21 |                                                         By:  /s/ Lawrence M. Hadley
   |                                                              Lawrence M. Hadley
   |                                                              Omer Salik
22 |
23 |                                                         Attorneys for Plaintiff and Counter-Defendant
   |                                                         COMPUTER CACHE COHERENCY
   |                                                         CORPORATION

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED that:**

2     1.    The "new dates" for the briefing schedule described above is adopted.

3     2.    The date for the hearing on summary judgment motions and claim construction

4 shall be: September 19, 2006 @ 9:00 a.m.

6 Dated: 5/4/06                     /s/ Ronald M. Whyte
                                                    Hon. Ronald M. Whyte
                                                    United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X**

I, John M. Farrell, hereby attest that concurrence in the filing of this document has been obtained from each of the signatories.

Dated:  April 27, 2006                                          By:  /s/ John M. Farrell
                                                                                John M. Farrell

50344924.doc