**HENNIGAN, BENNETT & DORMAN LLP**
**RODERICK G. DORMAN (SBN 96908)**
**LAWRENCE M. HADLEY (SBN 157728)**
**OMER SALIK (SBN 223056)**
**865 South Figueroa Street, Suite 2900**
**Los Angeles, California  90017**
**(213) 694-1200 - Telephone**
**(213) 694-1234 - Facsimile**
**dormanr@hbdlawyers.com; hadleyl@hbdlawyers.com;**
**saliko@hbdlawyers,com**

Attorneys for Plaintiff and Counterdefendant,
COMPUTER CACHE COHERENCY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION, | ) Case No. C 05-1668 RMW (HRL) |
| | ) Related Cases: |
| | ) No. C 05- 1766RMW (HRL) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER RE: PLAINTIFF'S** |
| | ) **MOTION FOR ADMINISTRATIVE** |
| | ) **RELIEF TO FILE DOCUMENTS UNDER** |
| VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA), | ) **SEAL** |
| | ) |
| | ) Date: September 19, 2006 |
| Defendants. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Ronald M. Whyte |
| | ) |
| AND RELATED COUNTERCLAIMS. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

Case No. C 05-1668 RMW (HRL)                                           PROPOSED ORDER

1    Good cause appearing therefor, IT IS HEREBY ORDERED THAT the following documents

2   lodged with the Court by Plaintiff Computer Cache Coherency Corporation shall be filed under seal:

3    (1) Plaintiff's Motion for Summary Judgment of Literal Infringement Against VIA

4   Technologies, Inc. and VIA Technologies, Inc. (USA)

5    (2) Confidential Declaration of Omer Salik in Support of Plaintiff's Motion for Summary

6   Judgment of Literal Infringement Against VIA Technologies, Inc. and VIA Technologies, Inc.

7   (USA) and the exhibits thereto.

8

9    IT IS SO ORDERED.

10   DATED: _____5/31/06_____, 2006

11

12                                                /s/ Ronald M. Whyte

13                                                Hon. Ronald M. Whyte
                                                 United States District Court
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

**Case No. C 05-1668 RMW (HRL)**                                    **PROPOSED ORDER**