IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMPUTER CACHE COHERENCY CORPORATION,

    Plaintiff,

-v-

VIA TECHNOLOGIES, INC., et al.,

    Defendant.

**\*E-FILED - 5/31/06\***

CASE NO.: C-05-01668-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that VIA's Motion for Partial Summary Judgment of Non-Infringement Based on the AMD License and Notice Dates; Declaration of Murray Levi Regarding VIA's Motion for Partial Summary Judgment of Non-Infringement Based on the AMD License and Notice Dates; Declaration of Jennifer Ochs in Support of VIA's Summary Judgment Motions for (1) Non-Infringement; (2) Invalidity Due to Indefiniteness; (3) Based on the AMD License and Notice Dates shall be filed under seal.

IT IS SO ORDERED.

DATED: May 31, 2006

                                                                       RONALD M. WHYTE
                                                                      United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28