1  ROBERT P. FELDMAN, State Bar No. 69602
   JENNIFER A. OCHS, State Bar No. 174069
2  MAURA L. REES, State Bar No. 191698
   MATTHEW R. REED, State Bar No. 196305
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road                                  *E-FILED ON 6/26/06*
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6  rfeldman@wsgr.com; jochs@wsgr.com;
   mrees@wsgr.com; mreed@wsgr.com
7
   Attorneys for Defendants and Counterclaimants
8  VIA TECHNOLOGIES, INC. and
   VIA TECHNOLOGIES, INC. USA
9
                      UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13  COMPUTER CACHE COHERENCY                )
    CORPORATION,                            )    Case No. 05-CV-01668 RMW (HRL)
14                                          )    Case No. 05-CV-01766 RMW (HRL)
                 Plaintiff,                 )    (Cases consolidated through claim
15                                          )    construction)
          v.                                )
16                                          )    This document pertains to:
    VIA TECHNOLOGIES, INC. and VIA          )    Case No. 05-CV-01668 RMW (HRL)
17  TECHNOLOGIES, INC. (USA),               )
                                            )    **JOINT STIPULATION AND**
18            Defendants and Counterclaimants. )  **[PROPOSED] ORDER REGARDING**
                                            )    **WITHDRAWAL OF VIA'S MOTION TO**
19  _____ )    **COMPEL CCCC'S PRODUCTION OF**
                                            )    **DOCUMENTS, INCLUDING**
20  COMPUTER CACHE COHERENCY                )    **DOCUMENTS IMPROPERLY**
    CORPORATION,                            )    **WITHHELD BASED ON CLAIMS OF**
21                                          )    **PRIVILEGE WHICH HAVE BEEN**
                 Plaintiff,                 )    **WAIVED; AND TO DEEM ADMITTED**
22                                          )    **VIA'S FIRST SET OF REQUESTS FOR**
          v.                                )    **ADMISSIONS**
23                                          )
    INTEL CORPORATION,                      )    Date:     July 18, 2006
24            Defendant and Counterclaimant. )   Time:     10:00 a.m.
                                            )    Court:    Courtroom 6, 4th floor
25                                          )    Before:   Hon. Howard R. Lloyd

26

27

28

1    WHEREAS:

2    VIA Technologies, Inc. and VIA Technologies, Inc. (USA) (collectively "VIA") has filed

3    a "Motion to Compel CCCC's Production Of Documents, Including Documents Improperly Withheld

4    Based On Claims Of Privilege Which Have Been Waived; And To Deem Admitted VIA's First Set Of

5    Requests For Admissions" ("Motion to Compel") which has been set for hearing on July 18, 2006 at

6    10:00 a.m. before the Honorable Howard R. Lloyd;

7    Plaintiff Computer Cache Coherency Corporation ("CCCC") has represented that it will

8    promptly produce drafts, correspondence, and emails regarding the original and revised

9    AMD/CCCC agreements, upon receiving consent from AMD to do so;

10    VIA and CCCC have resolved all other issues addressed by VIA's Motion to Compel;

11

12    THEREFORE, the Parties STIPULATE THAT:

13    Plaintiff Computer Cache Coherency Corporation ("CCCC") will promptly produce

14    drafts, correspondence, and emails regarding the original and revised AMD/CCCC agreements,

15    upon receiving consent from AMD to do so; and

16    VIA hereby withdraws its Motion to Compel.

17

18    Dated:  June 22, 2006                                  WILSON SONSINI GOODRICH & ROSATI
                                                             Professional Corporation
19

20
                                                             By:  /s/  Jennifer Ochs
21                                                                 Robert P. Feldman
                                                                   Jennifer A. Ochs
22                                                                 Maura L. Rees
                                                                   Matthew R. Reed
23
                                                             Attorneys for Defendants and
24                                                           Counterclaimants
                                                             VIA TECHNOLOGIES, INC. and
25                                                           VIA TECHNOLOGIES, INC. (USA)

26

27

28
       JOINT STIPULATION AND [PROPOSED] ORDER RE:          -2-                        2904537_1.DOC
       WITHDRAWAL OF VIA'S MOTION TO COMPEL
       PRODUCTION OF DOCUMENTS
       CASE NO. 05-CV-01668 RMW (HRL)

1    Dated:  June 22, 2006                          HENNIGAN, BENNETT & DORMAN LLP

2

3                                                   By:  /s/  Omer Salik
                                                            Omer Salik

4
                                                    Attorneys for Plaintiffs and
5                                                   Counterdefendants
                                                    COMPUTER CACHE COHERENCY
6                                                   CORPORATION

7

8    PURSUANT TO STIPULATION, IT IS SO ORDERED

9

10   Dated:         June 26, 2006                   By:
                                                         Hon. Howard R. Lloyd
11                                                       United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | **Attestation Pursuant to General Order 45.X.B**

2

3 |      Pursuant to General Order 45.X.B, I hereby attest that concurrence in the filing of this

document was obtained from each of the other signatories.

4

5

6 | Dated:  June 22, 2006                         WILSON SONSINI GOODRICH & ROSATI
                                                       Professional Corporation

7

8

9 |                                          By: __/s/  Jennifer Ochs_____
                                                  Robert P. Feldman
                                                  Jennifer A. Ochs

10 |                                                   Maura L. Rees
                                                  Matthew R. Reed

11

12 |                                       Attorneys for Defendants and
                                        Counterclaimants
                                        VIA TECHNOLOGIES, INC. and

13 |                                         VIA TECHNOLOGIES, INC. (USA)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28