1  HENNIGAN, BENNETT & DORMAN LLP
   RODERICK G. DORMAN (SBN 96908)
2  LAWRENCE M. HADLEY (SBN 157728)
   OMER SALIK (SBN 223056)
3  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
4  (213) 694-1200 - Telephone
   (213) 694-1234 - Facsimile
5  dormanr@hbdlawyers.com; hadleyl@hbdlawyers.com;
   saliko@hbdlawyers,com
6
   Attorneys for Plaintiff and Counterdefendant,
7  COMPUTER CACHE COHERENCY CORPORATION

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

                                                *E-FILED - 7/12/06*
11
   COMPUTER CACHE COHERENCY           )
12 CORPORATION,                       )  Case No. 05-CV-01668 RMW (HRL)
                                      )  Case No. 05-CV-01766 RMW (HRL)
13         Plaintiff,                 )  (Cases consolidated through claim
                                      )  construction)
14     v.                             )
                                      )  This document pertains to:
15 VIA TECHNOLOGIES, INC. and VIA     )  Case No. 05-CV-01668 RMW (HRL)
   TECHNOLOGIES, INC. (USA),          )
16                                    )  **JOINT STIULATION AND []**
           Defendants and Counterclaimants. )  **ORDER RE: BRIEFING SCHEDULE**
17                                    )
                                      )
18 ─────────────────────────────────  )
                                      )
   COMPUTER CACHE COHERENCY           )
19 CORPORATION,                       )
                                      )
20         Plaintiff,                 )
                                      )
21     v.                             )
                                      )
22 INTEL CORPORATION,                 )
           Defendant and Counterclaimant. )
23                                    )
                                      )
24 ─────────────────────────────────  )

25

26

27

28

JOINT STIPULATION AND [] ORDER RE:
BRIEFING SCHEDULE
CASE NO. 05-CV-01668 RMW (HRL)

1    Following Case Management Conference held on March 24, 2006, the Court adopted a
2    briefing schedule for summary judgment motions that implicate claim construction issues.
3    Plaintiff Computer Cache Coherency Corporation ("4C") and Defendants VIA Technologies,
4    Inc. and VIA Technologies, Inc. (USA) (collectively "VIA") have encountered unexpected
5    difficulties in scheduling certain depositions believed to be relevant to the pending motions for
6    summary judgment.  4C and VIA therefore request that the dates for their respective opposition
7    briefs and reply briefs be extended by two weeks, as shown in the table below.

| Event | Former Date | New Date |
|---|---|---|
| Deadline for filing opposition to summary judgment motions filed on May 19, 2006 | June 30, 2006 | July 14, 2006 |
| Deadline for filing reply briefs in support of motions for summary judgment filed on May 19, 2006 | July 14, 2006 | July 28, 2006 |

This stipulation does not alter any of the remaining dates set forth in the May 4, 2006 Stipulation and Order; specifically, it will not impact the scheduled date for the technology tutorial (August 15, 2006) and the hearing on the summary judgment motions and claim construction (September 19, 2006), since these dates are far enough in advance in the future. Further, the briefing schedule in the related litigation of *Computer Cache Coherency Corporation v. Intel Corporation*, Case No. 05-CV-1668 remains unchanged from that set forth in the May 4, 2006 Stipulation and Order.

SO STIPULATED.

Dated: June 23, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Jennifer Ochs
Robert P. Feldman
Jennifer A. Ochs
Maura L. Rees
Matthew R. Reed

| | | |
|---|---|---|
| 1 | | Attorneys for Defendants and Counterclaimants |
| 2 | | VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA) |

Dated: June 23, 2006                HENNIGAN, BENNETT & DORMAN LLP

By:  /s/  Omer Salik
       Omer Salik

Attorneys for Plaintiffs and Counterdefendants
COMPUTER CACHE COHERENCY CORPORATION

PURSUANT TO STIPULATION, IT IS ORDERED

Dated:  7/12/06                By:  /S/ RONALD M. WHYTE
                                    Hon. Ronald M. Whyte
                                    United States District Court Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X**

I, Omer Salik, hereby attest that concurrences in the filing of this document has been obtained from each of the signatories.

Dated:  June 23, 2006                                                          By:  /s/  Omer Salik
                                                                                                    Omer Salik