1   ROBERT P. FELDMAN, State Bar No. 69602
    JENNIFER A. OCHS, State Bar No. 174069
2   MAURA L. REES, State Bar No. 191698
    MATTHEW R. REED, State Bar No. 196305
3   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
4   650 Page Mill Road
    Palo Alto, CA 94304-1050
5   Telephone:  (650) 493-9300
    Facsimile:  (650) 565-5100
6   rfeldman@wsgr.com; jochs@wsgr.com;
    mrees@wsgr.com; mreed@wsgr.com
7

8   Attorneys for Defendants and Counterclaimants
    VIA TECHNOLOGIES, INC. and
9   VIA TECHNOLOGIES, INC. USA

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13                                          *E-FILED - 8/14/06*

14

15  COMPUTER CACHE COHERENCY          )   Case No. 05-CV-01668 RMW (HRL)
    CORPORATION,                      )   Case No. 05-CV-01766 RMW (HRL)
16                                    )   (Cases consolidated through claim
                  Plaintiff,          )   construction)
17                                    )
         v.                           )   This document pertains to both actions
18                                    )
    VIA TECHNOLOGIES, INC. and        )
19  VIA TECHNOLOGIES, INC. (USA),     )   STIPULATION AND [PROPOSED]
                                      )   ORDER RE: BRINGING CERTAIN
20            Defendants and Counterclaimants.  )  EQUIPMENT INTO COURTROOM
    _____  )   FOR (1) TUTORIAL AND (2)
21  COMPUTER CACHE COHERENCY          )   MARKMAN HEARING
    CORPORATION,                      )
22                                    )   Tutorial Date:   August 16, 2006
                  Plaintiff,          )   Time:   1:30 p.m.
23                                    )
         v.                           )   Markman Date:  September 19, 2006
24                                    )   Time:   9:00 a.m.
    INTEL CORPORATION,                )
25                                    )   Place:   Courtroom 6, 4th floor
              Defendant and Counterclaimant.  )  Before:  Hon. Ronald M. Whyte
26  _____  )

27

28

1   WHEREAS, a tutorial for a Markman hearing in this patent case has been scheduled

2   before Judge Whyte for 1:30 p.m. on August 16, 2006;

3   WHEREAS, the Markman hearing in this patent case has been scheduled before Judge

4   Whyte for 9:00 a.m. on September 19, 2006;

5

6   WHEREAS, the Parties agree that it is necessary to bring certain equipment into the

7   courtroom to be used during the tutorial and Markman hearings;

8   THEREFORE, the Parties request that the Court authorize that the following equipment

9   may be brought into the courtroom on the days prior to the tutorial and Markman hearing (on

10  August 15, 2006 and also on September 18, 2006, respectively), so that it may be set up for use

11  the next day:

12      1.  ELMO HV-5000 Digital Elmo (1)

13      2.  Viewsonic 15" Flatpanel Displays (3)

14      3.  Sanyo 4500 lumens Projector (1)

15      4.  Extron ADA 6 Distribution Amp (1)

16      5.  Extron 6x1 Switcher (1)

17      6.  Da-lite 8' Projection Screen (2)

18      7.  Sony Digital Video Camera Recorder (1)

19      8.  Tripod (1)

20      9.  Shure Mixer (1)

21      10. Sony Microphones (5)

22      11. Miscellaneous stands, carts, cables, etc.

23      12.  Laptop computers (6)

24

25

26

27

28

1 Dated: August 2, 2006       WILSON SONSINI GOODRICH & ROSATI
2               Professional Corporation

3               By: /s/ Jennifer Ochs
4                 Robert P. Feldman
                  Jennifer Ochs
                  Maura Rees
5                 Matthew R. Reed

6               Attorneys for Defendants and
                Counterclaimants
7               VIA TECHNOLOGIES, INC. and
                VIA TECHNOLOGIES, INC. USA,
8

9 Dated: August 2, 2006       HENNIGAN BENNETT & DORMAN LLP

10

11              By: /s/ Omer Salik
                Lawrence M. Hadley
12                Omer Salik

13              Attorneys for Plaintiff and Counterdefendant,
                COMPUTER CACHE COHERENCY
14              CORPORATION

15

16 Dated: August 2, 2006       FISH & RICHARDSON P.C.

17

18              By: /s/ Timothy Riffe
                Juanita Brooks
19                John M. Farrell
                Joseph Coliani
20                Timothy Riffe

21              Attorneys for Defendant and Counterclaimant,
                INTEL CORPORATION
22

23

24
 **PURUSANT TO STIPULATION, IT IS SO ORDERED**
25

26 Dated:  8/14/06       By: /S/ RONALD M. WHYTE
27                 Hon. Ronald M. Whyte
                 United States District Judge
28

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

3        I, Jennifer Ochs, attest that concurrence in the filing of this document has been obtained

4    from each of the other signatories.  I declare under penalty of perjury under the laws of the

5    United States of America that the foregoing is true and correct.  Executed August 3, 2006, at

6    Palo Alto, California.

7

8                                        /s/     Jennifer Ochs
                                          Jennifer Ochs
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28