1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10                  SAN JOSE DIVISION
11

|  |  |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA), <br><br> Defendants and Counterclaimants. | E-FILED 11/21/07 <br><br> Case No. 05-CV-01668 RMW (HRL) <br> Case No. 05-CV-01766 RMW (HRL) <br> (Cases consolidated through claim construction) <br><br> **[] ORDER GRANTING DEFENDANTS' MOTION FOR AN ORDER SHORTENING TIME REGARDING DEFENDANTS' ACCOMPANYING MOTION** |
| COMPUTER CACHE COHERENCY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br> Defendant and Counterclaimant. |  |

ORDER GRANTING MOTION FOR SHORTENED TIME
CASE NOS. 05-CV-01668 RMW (HRL) AND 05-CV-01766 RMW (HRL)
pa-1210220

1  Whereas the Court has considered the papers in support of and in
2  Defendants' Motion to Shorten Time, as well as the papers and filings in this matter, and for good
3  cause shown,

5  **IT IS HEREBY ORDERED** that Defendants' Motion to Shorten Time for Defendants'
6  Motion for Scheduling Relief is hereby **GRANTED**.  Plaintiff shall file an opposition to defendants'
7  November 21, 2007 motion regarding Patent L.R 3-6 and 3-8 disclosures no later than November
8  28, 2007.  No reply brief shall be filed.

10  Dated:   ___11/21/07_____

\_\_\_*Ronald M. Whyte*_____
RONALD M. WHYTE
United States District Court Judge

ORDER GRANTING MOTION FOR SHORTENED TIME
CASE NOS. 05-CV-01668 RMW (HRL) AND 05-CV-01766 RMW (HRL)
pa-1210220

2