**E-FILED on** 2/25/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA),<br><br>Defendants. | No. C-05-01668 RMW<br><br><br>ORDER CONTINUING HEARING DATE |
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | No. C-05-01766 RMW<br><br><br>ORDER CONTINUING HEARING DATE |

On the court's own motion, Plaintiff's Motion for Leave to File Amended Complaint in Case No. 05-01766 and Plaintiff's Motion to Dismiss Defendant's Motion for Summary Judgment Or,

ORDER CONTINUING HEARING DATE—No. C-05-01668 RMW; 05-01766 RMW
MAG

Alternatively, Continue Defendant's Motion Pending Completion of Additional Discovery in Case No. 05-01668, both previously set for February 15, 2008, have been continued to March 21, 2008.

DATED: 2/22/08

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Roderick G. Dorman dormanr@hbdlawyers.com
Lawrence M. Hadley hadleyl@hbdlawyers.com
Omer Salik saliko@hbdlawyers.com

**Counsel for Defendants:**

James P. Bennett jbennett@mofo.com
Juanita R. Brooks brooks@fr.com
Joseph V Colaianni , Jr Colaianni@fr.com
Paul Forrest Coyne pcoyne@mofo.com
John Michael Farrell jfarrell@fr.com
Karl J. Kramer kkramer@mofo.com,sdevol@mofo.com
Jennifer A. Ochs jochs@wsgr.com,lwang@wsgr.com
Timothy Wayne Riffe Riffe@fr.com,conway@fr.com,gwilliams@fr.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/25/08 /s/ MAG
**Chambers of Judge Whyte**