| | |
|---|---|
| 1 | JAMES P. BENNETT (CA SBN 65179) |
| | MORRISON & FOERSTER LLP |
| 2 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 3 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 4 | JBennett@mofo.com |
| 5 | KARL J. KRAMER (CA SBN 136433) |
| | MORRISON & FOERSTER LLP |
| 6 | 755 Page Mill Road |
| | Palo Alto, California 94304-1018 |
| 7 | Telephone: 650.813.5600 |
| | Facsimile: 650.494.0792 |
| 8 | KKramer@mofo.com |
| 9 | HECTOR G. GALLEGOS (CA SBN 175137) |
| | MORRISON & FOERSTER LLP |
| 10 | 555 West Fifth Street, Suite 3500 |
| | Los Angeles, California 90013-1024 |
| 11 | Telephone: 213.892.5200 |
| | Facsimile: 213.892.5454 |
| 12 | HGallegos@mofo.com |

Attorneys for Defendant
INTEL CORPORATION

*E-FILED - 3/11/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>Plaintiff,<br>v.<br>VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA)<br><br>Defendant and Counterclaimant. | Case No. 05-CV-01766 RMW (HRL) |
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>Plaintiff,<br>v.<br>INTEL CORPORATION,<br><br>Defendant and Counterclaimant | Case No. 05-CV-01668 RMW (HRL)<br>(Cases Consolidated Through Claim Construction)<br><br>**STIPULATION AND [] ORDER TO CHANGE HEARING DATE** |

| | |
|---|---|
| 1 | The parties to this consolidated action, through their counsel of record, hereby stipulate and |
| 2 | agree as follows: |
| 3 | WHEREAS the hearing on Plaintiff's Motion for Leave to File Amended Complaint in |
| 4 | Case No. 05-01766 and Plaintiff's Motion to Dismiss Defendant's Motion for Summary Judgment |
| 5 | Or, Alternatively, Continue Defendant's Motion Pending Completion of Additional Discovery in |
| 6 | Case No. 05-01668 (the "Hearing") are currently set for March 21, 2008; and |
| 7 | WHEREAS due to scheduling issues, Intel has requested, and the other parties have agreed, |
| 8 | to seek an order moving the Hearing to April 11, 2008, at 9:00 a.m. |
| 9 | IT IS HEREBY STIPULATED, subject to the approval of the Court, that the date for the |
| 10 | Hearing be reset to April 11, 2008, at 9:00 a.m. |
| 11 | |
| 12 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |

Dated: March 6, 2008           MORRISON & FOERSTER LLP


                               By:   /s/ Karl J. Kramer
                                     Karl J. Kramer

                               Attorneys for Defendants and
                               Counterclaimants
                               INTEL CORPORATION

Dated: March 6, 2008           HENNIGAN, BENNETT & DORMAN LLP


                               By:   /s/ Omer Salik
                                     Omer Salik

                               Attorneys for Plaintiff
                               COMPUTER CACHE COHERENCY
                               CORPORATION

STIPULATION AND [] ORDER TO CHANGE HEARING DATE
CASE NO. 05-CV-01668 RMW (HRL) AND CASE NO. 05-CV-01766 RMW (HRL)
05-cv-01766 rmw (hrl)

1

| | | |
|---|---|---|
| 1 | Dated: March 6, 2008 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | |
| 3 | | By: /s/ Jennifer A. Ochs |
| 4 | | Jennifer A. Ochs |
| 5 | | Attorneys for Defendants and Counterclaimants |
| 6 | | VIA TECHNOLOGIES, INC. AND VIA TECHNOLOGIES, INC. USA |

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE. In compliance with General Order 45, X.B., I hereby attest that Jennifer A. Ochs and Omer Salik have concurred in this filing.

Dated: March 6, 2008          /s/ Karl J. Kramer
                              Karl J. Kramer

## [] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __3/11/08__             ___/s/ Ronald M. Whyte___
                               RONALD M. WHYTE
                               United States District Judge

STIPULATION AND [] ORDER TO CHANGE HEARING DATE
CASE NO. 05-CV-01668 RMW (HRL) AND CASE NO. 05-CV-01766 RMW (HRL)
05-cv-01766 rmw (hrl)

2