| | |
|---|---|
| 1 | JENNIFER A. OCHS, State Bar No. 174069 |
|   | MAURA L. REES, State Bar No. 191698 |
| 2 | MATTHEW R. REED, State Bar No. 196305 |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
|   | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
|   | Telephone:  (650) 493-9300 |
| 5 | Facsimile:   (650) 565-5100 |
|   | jochs@wsgr.com; mrees@wsgr.com; mreed@wsgr.com |

Attorneys for Defendants and Counterclaimants
VIA TECHNOLOGIES, INC. and
VIA TECHNOLOGIES, INC. USA

*E-FILED - 7/16/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION, | Case No. 05-CV-01668 RMW (HRL) |
| Plaintiff, | Case No. 05-CV-01766 RMW (HRL) |
| v. | (Cases consolidated through claim construction) |
| VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA), | **STIPULATED REQUEST TO SET HEARING DATE; [] ORDER** |
| Defendants and Counterclaimants. | |
| COMPUTER CACHE COHERENCY CORPORATION, | |
| Plaintiff, | |
| v. | |
| INTEL CORPORATION, | |
| Defendant and Counterclaimant. | |

CASE NO. 05-CV-01668 RMW (HRL) AND
CASE NO. 05-CV-01766 RMW (HRL)   STIPULATED
REQUEST TO SET HEARING DATE

3391668_1.DOC

1  WHEREAS, at the hearing on April 11, 2008, the Court directed the parties to confer about a date for a hearing to provide the Court with a further technical tutorial concerning the accused products, with any additional briefing to be filed ten days before the hearing; and

WHEREAS, the parties understand the Court has set the hearing for July 22, 2008;

WHEREAS, not all parties and their experts are available on July 22, 2008; and

WHEREAS, counsel for all parties have conferred and determined that they and their technical experts are available on August 20, 2008;

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The hearing shall be set for August 20, 2008.

2. Any party wishing to file an additional brief, to be not more than ten pages in length, shall do so by August 12, 2008.  There will be no reply briefs.

Dated: July 2, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ Maura L. Rees
     Maura L. Rees

Attorneys for Defendants and
Counterclaimants
VIA TECHNOLOGIES, INC. and
VIA TECHNOLOGIES, INC. (USA)


Dated: July 2, 2008

MORRISON & FOERSTER LLP


By:  /s/ James P. Bennett
     James P. Bennett

Attorneys for Defendants and
Counterclaimants
INTEL CORP.

Dated: July 2, 2008						HENNIGAN, BENNETT & DORMAN LLP


						By:  /s/ Lawrence M. Hadley
							Lawrence M. Hadley

						Attorneys for Plaintiffs and Counterdefendants
						COMPUTER CACHE COHERENCY CORPORATION


PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing is set for August 20, 2008, at __2:00_____ ~~a.m.~~/p.m.  Any party wishing to file an additional brief, to be not more than ten pages in length, shall do so by August 12, 2008.  There will be no reply briefs.


Dated:   7/16/08				By: /s/ Ronald M. Whyte
						     Hon. Ronald M. Whyte
						     United States District Judge

CASE NO. 05-CV-01668 RMW (HRL) AND
CASE NO. 05-CV-01766 RMW (HRL)   STIPULATED
REQUEST TO SET HEARING DATE

-3-

3391668_1.DOC

**Attestation Pursuant to General Order 45.X.B**

Pursuant to General Order 45.X.B, I hereby attest that concurrence in the filing of this document was obtained from each of the other signatories.

Dated: July 2, 2008                     WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


                                        By:  /s/ Maura L. Rees

                                        Attorneys for Defendants and
                                        Counterclaimants
                                        VIA TECHNOLOGIES, INC. and
                                        VIA TECHNOLOGIES, INC. (USA)