1  JAMES P. BENNETT (CA SBN 65179)
   MORRISON & FOERSTER LLP
2  425 Market Street
   San Francisco, California 94105-2482
3  Telephone: 415.268.7000
   Facsimile: 415.268.7522
4  JBennett@mofo.com

5  KARL J. KRAMER (CA SBN 136433)
   PAUL F. COYNE (CA SBN 223900)
6  MORRISON & FOERSTER LLP
   755 Page Mill Road
7  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
8  Facsimile: 650.494.0792
   KKramer@mofo.com
9
   HECTOR G. GALLEGOS (CA SBN 175137)
10 MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
11 Los Angeles, California 90013-1024
   Telephone: 213.892.5200
12 Facsimile: 213.892.5454
   HGallegos@mofo.com
13
   Attorneys for Defendant
14 INTEL CORPORATION

***E-FILED - 8/19/08***

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                         SAN JOSE DIVISION

| | |
|---|---|
| 18  COMPUTER CACHE COHERENCY CORPORATION, | Case No. 05-CV-01766 RMW (HRL) |
| 19 | Case No. 05-CV-01668 RMW (HRL) |
| 20         Plaintiff, v. | **(Cases Consolidated Through Claim Construction)** |
| 21  VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA) | |
| 22 | |
| 23         Defendant and Counterclaimant. | |
|     COMPUTER CACHE COHERENCY CORPORATION, | **[] ORDER RE EQUIPMENT IN THE COURTROOM** |
| 24 | |
| 25         Plaintiff, v. | Date: August 20, 2008 Time: 2:00 p.m. |
| 26  INTEL CORPORATION, | Before: The Honorable Ronald M. Whyte Courtroom 6, 4th Floor |
| 27         Defendant and Counterclaimant | |
| 28 | |

ORDER RE EQUIPMENT IN COURTROOM
CASE NO. 05-CV-01668 RMW (HRL) AND CASE NO. 05-CV-01766 RMW (HRL)
pa-1276283

1  IT IS HEREBY ORDERED that Intel Corporation, VIA Technologies, Inc. and
Computer Cache Coherency Corporation shall be permitted to install, use and remove the
following equipment for the technology tutorial set for 2:00 p.m. on August 20, 2008 in
Courtroom 6, 4th Floor, of The Honorable Ronald M. Whyte:

1   17" flat screen monitor;
3   laptop portable computers, mouse and speakers;
1   Projector with stand;
1   Screen with stand;
KVM computer switches, video cables and wires to connect equipment;
Power cables, extension cords, splitters and surge protectors.

Dated:  August 14 2008           MORRISON & FOERSTER LLP


                                  By:   /s/Paul F. Coyne
                                        Paul F. Coyne
                                        E-Mail: PCoyne@mofo.com

                                        Attorneys for Defendant
                                        INTEL CORPORATION


Dated: August 14, 2008            WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation


                                  By:   /s/ Julie M. Holloway
                                        Julie M. Holloway

                                        Attorneys for Defendants and
                                        Counterclaimants
                                        VIA TECHNOLOGIES, INC. and
                                        VIA TECHNOLOGIES, INC. (USA)

| | | |
|---|---|---|
| 1 | Dated: August 14, 2008 | HENNIGAN, BENNETT & DORMAN LLP |
| 2 | | |
| 3 | | By: /s/ Lawrence M. Hadley |
| 4 | | Lawrence M. Hadley |
| 5 | | Attorneys for Plaintiffs and Counterdefendants |
| 6 | | COMPUTER CACHE COHERENCY CORPORATION |

I, PAUL F. COYNE, am the ECF User whose ID and password are being used to file this [PROPOSED] ORDER RE EQUIPMENT IN THE COURTROOM. In compliance with General Order 45, X.B., I hereby attest that Julie M. Holloway and Lawrence M. Hadley have concurred on this filing.

Dated: August 14, 2008                                    MORRISON & FOERSTER LLP

By: /s/Paul F. Coyne
Paul F. Coyne

IT IS SO ORDERED.

Dated: 8/19/08                    By: *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge