*E-FILED - 8/24/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>               Plaintiff,<br><br>vs.<br><br>VIA TECHNOLOGIES, INC. AND VIA TECHNOLOGIES, INC. (USA),<br><br>               Defendant. | CASE NO.05-cv-01668 RMW (HRL)<br><br>**[] ORDER RE STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS' COUNTERCLAIMS FOR DECLARATORY JUDGMENT OF INVALIDITY AND UNENFORCE-ABILITY PURSUANT TO F.R.C.P. 41(A)(1) AND FOR ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

    Pursuant to the stipulation of the parties and the Court's September 23, 2008 and June 18, 2009 Orders (1) the Clerk is hereby directed to enter judgment forthwith under Fed. R. Civ. P. 58, in favor of VIA Technologies, Inc. and VIA Technologies, Inc. (USA) (collectively "VIA") and against Computer Cache Coherency Corporation, that VIA does not infringe any claim of United States Patent No. 5,072,369, and (2) Defendant VIA's Counterclaims for Declaratory Judgment of Invalidity and Unenforceability are hereby dismissed without prejudice.

    IT IS SO ORDERED

DATED: 8/24/09

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge

1  Submitted by:

2  **HENNIGAN, BENNETT & DORMdAN LLP**
   865 South Figueroa Street, Suite 2900
3  Los Angeles, California 90017
   Telephone:   (213) 694-1200
4  Facsimile:   (213) 694-1234

5

6
   By_____*/s/ Omer Salik*_____
7          Lawrence M. Hadley
           Omer Salik
8
   Attorneys for Plaintiff
9  COMPUTER CACHE COHERENCY CORPORATION

10

11 **WILSON SONSINI GOODRICH & ROSATI**
   650 Page Mill Road
12 Palo Alto, CA 94304-1050
   Telephone:   (650) 493-9300
13 Facsimile:   (650) 493-6811

14

15
   By_____*/s/ Jennifer A. Ochs*_____
           Jennifer A. Ochs
16
   Attorneys for Defendants
17 VIA TECHNOLOGIES, INC. AND
   VIA TECHNOLOGIES, INC. (USA)
18

19

20

21

22

23

24

25

26

27

28

05-cv-01668 RMW (HRL)         -2-         [] ORDER RE STIPULATED
                                              VOLUNTARY SETTLEMENT

HBDDOCS\749796-HadleyL

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X**

I, Omer Salik, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

Dated: July 29, 2009                                   By:  /s/  Omer Salik
                                                           Omer Salik