**E-FILED on**   08/31/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA),<br><br>Defendants. | No. C-05-01668 RMW<br><br>AMENDED JUDGMENT |

Pursuant to: (1) the court's order of September 23, 2008 granting the motion of VIA Technologies, Inc. and VIA Technologies, Inc. (USA) (collectively "VIA") for summary judgment of non-infringement and denying Computer Cache Coherency Corporation's cross-motion for summary judgment of infringement; (2) the court's order of June 18, 2009 denying Computer Cache Coherency Corporation's motion for reconsideration; and (3) the stipulation of the parties dated July 29, 2009 whereby VIA dismissed its counterclaims for declaratory judgment of invalidity and unenforceability without prejudice,

1  IT IS HEREBY ORDERED that judgment be entered in favor VIA Technologies, Inc. and
2 VIA Technologies, Inc. (USA) and against Computer Cache Coherency Corporation and that
3 Computer Cache Coherency Corporation take nothing by way of its complaint.

DATED:  08/31/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Roderick G. Dorman         dormanr@hbdlawyers.com
Lawrence M. Hadley         hadleyl@hbdlawyers.com
4 Omer Salik                 saliko@hbdlawyers.com

5
**Counsel for Defendants:**
6
Jennifer A. Ochs           jochs@wsgr.com
7

8
Counsel are responsible for distributing copies of this document to co-counsel that have not
9 registered for e-filing under the court's CM/ECF program.

10

11 **Dated:**      08/31/09                              JAS
                                                **Chambers of Judge Whyte**
12

**United States District Court**
For the Northern District of California

AMENDED JUDGMENT
No. C-05-01668 RMW                        3